## (September 23, 1983)

■ In the Matter of the Application of ROGER MM. — Application by petitioner for an advance ruling with respect to past conduct pursuant to 22 NYCRR 805.1 (o) of the Rules of the Appellate Division, Third Department. Upon review of the petition and all of the other letters, affidavits and records submitted upon this application, and upon consideration of the recommendation of the Committee on Character and Fitness for the Third Judicial District, the court is of the view that petitioner's history of past criminal conduct, which includes convictions for bank robbery and first degree murder, would operate to disqualify him, on character grounds, from being admitted to practice as an attorney and counselor at law in the State of New York. Mahoney, P. J., Sweeney, Kane, Main and Casey, JJ., concur.

## (September 26, 1983)

■ In the Matter of the Claim of ANTHONY D'APICE, Respondent, v BEN FRANKLIN LINE et al., Appellants. WORKERS' COMPENSATION BOARD, Respondent. — Motion to dismiss appeal granted, without costs. Since the decision of the board was interlocutory and decided neither all of the substantive issues nor any threshold legal issues (*Matter of Dubnoff v Feathers Sportswear,* 74 AD2d 989) it is not appealable at this stage of the proceeding. Sweeney, J. P., Kane, Main, Casey and Mikoll, JJ., concur.